# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 22mj638 (JFD) |
| ) | |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| ) | |
| THOMAS BENSON MOTANYA, ) | |
| ) | |
| Defendant. ) | |

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Douglas L. Micko shall appear as appointed counsel of record for the above named defendant in this case.

Dated: August 03, 2022

*s/Douglas L. Micko*
DOUGLAS L. MICKO
Attorney ID No. 299364
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415